# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:  Spa Chakra Acquisition Corp.            Case No.

Debtor.                                          Chapter    7

## Corporate Ownership Statement

Pursuant to Fed. R. Bankr. P. 1007(a)(1), and to enable the Judge to evaluate possible disqualification or recusal, the Debtor states that:

the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

Hercules Technology II L.P.

OR,

_____ There are no such entities to report.

Dated: August 24, 2010            By: _____
                                  Kevin Grossman
                                  Interim CEO

NY:1301860.2