**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| SPA CHAKRA ACQUISITION CORP. | Case No. |
| Debtor. | |

## GLOBAL NOTES AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

These global notes and disclaimers (the "Global Notes") regarding the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") for Spa Chakra Acquisition Corp. (the "Debtor") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

### General Notes

1.  The Schedules and SOFA have been prepared by the Debtor's management and are unaudited. While management of the Debtor has made every effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes to the financial data contained in the Schedules and SOFA, and inadvertent errors or omissions may exist. To the extent the Debtor discovers a material error or omission, or become aware of additional information that may suggest a material difference, the Debtor will amend the Schedules and SOFA to reflect such changes. Accordingly, the Debtor does not make any representation or warranty as to the completeness or accuracy of the information set forth herein and reserve all rights to amend the Schedules and SOFA as may be necessary or appropriate.

2.  All amounts are listed in the Schedules and SOFA are as of August 24, 2010 (the "Petition Date"), the date that the Debtor commenced its chapter 7 case in the Bankruptcy Court for the Southern District of New York

3.  To close the books and records of the Debtor as of the Petition Date, management was required to make estimates and assumptions that affect the reported amounts of assets and liabilities.

4.  The Debtor has sought to discover and properly classify all claims and interests in this case, and to list all claims and interests against this estate accurately and completely. The Debtor reserves the right to file, at any time, a supplement or amendment to the Schedules and SOFA as it deems appropriate. All parties are encouraged to inform the Debtor or its counsel should they believe any part of these Schedules and SOFA to be inaccurate, incomplete, or in need of supplementation in any way.

# United States Bankruptcy Court

In re  Spa Chakra Acquisition Corp.              ,                Case No. _____
                    Debtor

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 5 | $ 282,969.28 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 4,103,225.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 965,024.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ |
| TOTAL | | 25 | $ 282,969.28 | $ 5,068,249.94 | |

B 6B (Official Form 6B) (12/07)

In re  Spa Chakra Acquisition Corp.                    ,          Case No. _____
           **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Silicon Valley Oper. A/C #33006955646   $600<br>Silicon Valley Oper. A/C #3300695631          0<br>Silicon Valley Merchant A/C #3300695627    0<br>Chase Operating A/C #873344543                  0 | | 600.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Waldorf-Astoria NY, NY          $41,667<br>Hilton San Francisco, CA        $ 8,333 | | 50,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

In re  Spa Chakra Acquisition Corp.                    ,                    Case No. _____
_____                                        _____
            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attached List. | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A — Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|
| Acqua di Parma Blu Med<br>Yacht Club Costa Smeralda<br>Via della Marina<br>07021 Porto Cervo<br>Italy | Unknown |
| Guerlain Spa<br>RESIDENCE BEL-AIR<br>L3, Club Bel-Air Peak Wing<br>58 Bel-Air Peak Avenue<br>Island South, Hong Kong | Unknown |
| Guerlain Spa<br>SHILLA SEOUL<br>202, 2-ga Jangchung-Dong, Jung-Gu<br>Seoul 100-856<br>Korea | Unknown |
| Guerlain Spa<br>SHILLA JEJU<br>3039-3 Saekdal-Dong, Seogwipo-Se<br>Jeju-Do 697-130<br>Korea | Unknown |

In re   Spa Chakra Acquisition Corp.                        ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Computers, office furniture - Spa Chakra 663 Fifth Avenue, 8th Floor New York, NY 10022 | | 27,080.00 |
| 30. Inventory. | | See Attached List. | | 205,289.28 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____5_____continuation sheets attached    Total▶   |   $          282,969.28

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|
| SPA CHAKRA ON FIFTH<br>663 Fifth Ave., 8th Floor<br>New York, NY 10022<br><br>Retail products of Guerlain and June Jacobs | $37,066.48 |
| WALDORF=ASTORIA - Boutique<br>301 Park Avenue<br>New York, NY 10022 USA<br><br>Retail products of Guerlain and June Jacobs | $56,045.00 |
| WALDORF=ASTORIA<br>301 Park Avenue<br>New York, NY 10022 USA<br><br>Retail products of Guerlain and June Jacobs | $16,685.82 |
| HILTON SAN FRANCISCO<br>333 O'Farrell Street<br>San Francisco, CA 94102 USA<br><br>Retail products of Guerlain and June Jacobs | $4,290.19 |
| CONRAD INDIANAPOLIS<br>50 W Washington Street<br>Indianapolis, IN 46204 USA<br><br>Retail products of Guerlain and June Jacobs | $28,494.01 |
| PALMER HOUSE HILTON<br>17 E. Monroe<br>Chicago, IL 60603<br><br>Retail products of Guerlain and June Jacobs | $26,782.57 |
| SPA CHAKRA MARINA DEL RAY<br>4375 Admiralty Way<br>Marina Del Ray, CA 90292<br><br>Retail products of Guerlain and June Jacobs | $35,925.21 |
| Total | $205,289.28 |

**In re** Spa Chakra Acquisition Corp.                        ,
                   Debtor

Case No. _____
                  *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
*(Check one box)*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None. | | | |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Spa Chakra Acquisition Corp.               ,          Case No. _____
                        **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐        Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Hercules Technology II LP Legal Dept. 400 Hamilton Ave, Ste 310 Palo Alto, CA 94301 | | | Revolving Loan  VALUE $     0.00 | | | | 3,515,000.00 | 0.00 |
| ACCOUNT NO. Alliance Leasing 120 Madison Steet Tower II 17th Floor Syracuse, NY 13202 | | | Lien on equipment  VALUE $  10,000.00 | | | | 5,130.00 | 0.00 |
| ACCOUNT NO. Sterling Lease 500 Seventh Avenue New York, NY 10018 | | | First Lien on company assets  VALUE $  20,000.00 | | | | 583,095.00 | 0.00 |

  0   continuation sheets
        attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $  4,103,225.00 | $  0.00 |
| $  4,103,225.00 | $  0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Spa Chakra Acquisition Corp.                    ,          Case No._____
                        Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**In re** Spa Chakra Acquisition Corp. ,      **Case No.**_____
          Debtor                                               *(if known)*

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0   continuation sheets attached

In re  Spa Chakra Acquisition Corp.                    ,          Case No. _____
        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See Attached List. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | Subtotal▶ | | | $  965,024.94 |

___3___ continuation sheets attached

Total▶  $  965,024.94
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

# SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | Name | Address | Address 2 | City | State | | ZIP Code | Phone No. | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Conrad Indianapolis | 50 W. Washington Street | | Indianapolis | IN | | 46204 | 317.713.5000 | 26,476.21 |
| 4 | Marriott Business Services | PO Box 403003 | | Atlanta | GA | | 30384-3003 | | 16,293.59 |
| 5 | Alliance Leasing, Inc. | 120 Madison Street, Tower II 17th Floor | | Syracuse | NY | | 13202 | | 5,487.50 |
| 6 | Gemko Information Group, Inc. | 100 Corporate Parkway | | Amherst | NY | | 14226 | 716.929.2700 | 1,650.00 |
| 7 | AverWeb Inc | 1939 Stratford Drive | | Westbury | NY | | 11590 | 516.876.1137 | 6,250.00 |
| 8 | Sator Realty | Care of Cushman and Wakefield Inc. | PO Box 9334 | New York | NY | | 10087-9334 | | 403,309.04 |
| 9 | Hilton Reservations Worldwide | 75 Remittance Drive STE 6197 | | Chicago | IL | | 60675-6197 | | 14,220.85 |
| 10 | Concessio | 7343 El Camino Real #255 | | Atascadero | CA | | 93422-4697 | | 19,400.00 |
| 11 | Manhattan Linen | 220 Fulton Terrace | | Cliffside Park | NJ | | 07010 | | 9,000.00 |
| 12 | Liverpool Carting | 5 Bruckner Blvd | | Bronx | NY | | 10454 | | 6,968.00 |
| 13 | Spal'nder Inc | 257 Park Avenue South 10th Floor | | New York | NY | | 10010 | | 8,000.00 |
| 14 | Kensington Industries | 27 St. Charles St | | Thornwood | NY | | 10594 | | 11,047.55 |
| 15 | XO Communications | 14242 Collections Center Drive | | Chicago | IL | | 60693 | | 3,198.47 |
| 16 | Calray Gas Heat Corp | 211 East 117th Street | | New York | NY | | 10035 | | 918.07 |
| 17 | Pure Health Solutions Inc | PO Box 404582 | | Atlanta | GA | | 30384-4582 | | 3,142.12 |
| 18 | Sevenca, LLC d/b/a Spa Boom | PO Box 35160 | | Albuquerque | NM | | 87176 | | 8,191.32 |
| 19 | Rio Pipino | 197 Grant Sr Apt 6W | | New York | NY | | 10013 | | 876.36 |
| 20 | MJM Plumbing Incorporated | 288 West Street | | New York | NY | | 10013 | | 284.49 |
| 21 | definition6 | 2115 Monroe Drive, Suite 100 | | Atlanta | GA | | 30324 | | 1,090.81 |
| 22 | Mike Canizales | 75 Provinceland Rd., #5 | P.O. Box 431 | Provincetown | MA | | 02657 | | 51,021.25 |
| 23 | Philadelphia Insurance Companies | PO Box 70251 | | Philadelphia | PA | | 19176-0251 | | 5,004.08 |
| 24 | Appsite Hosting | Bank of America | 14985 Collections Center Drive | Chicago | IL | | 60693 | | 4,694.00 |
| 25 | Hinckley Springs | PO Box 660579 | | Dallas | TX | | 75266-0579 | | 3,791.87 |
| 26 | Tropical Rentals, Inc. | 2335 West Cullom Ave | Floor #2 | Chicago | IL | | 60618 | | 537.52 |
| 27 | KC Fitness Service | 654 Milwaukee Ave | | Prospect Hts | IL | | 60070 | | 2,317.75 |
| 28 | Skipjack | PO Box 638519 | | Cincinnati | OH | | 45263-6519 | | 1,219.58 |
| 29 | Enflora at the Design Center | 8707 North by Northeast Blvd | | Fishers | IN | | 46038 | | 4,054.94 |
| 30 | Moffat & Co | Patent and Trademark Agents | PO Box 2088 Station D | Ottawa | | | KIP 5W3 | | 418.50 |
| 31 | Citrix Online, LLC | 6500 Hollister Avenue | | Santa Barbara | CA | | 93117 | | 2,828.90 |
| 32 | Smart Choice Communications, LLC | PO Box 30554 | | Charlotte | NC | | 10087-0554 | | 4,113.91 |
| 33 | Canon Financial Services, Inc. | 14904 Collections Center Drive | | Chicago | IL | | 60693-0149 | | 1,279.65 |
| 34 | Advantage Fitness Products | 3520 Hayden Ave | Suite 100 | Culver City | CA | | 90232 | | 3,322.06 |
| 35 | Magic Laundry Services Inc. | 412 Roosevelt Ave | | Montebello | CA | | 90640 | | 1,511.04 |
| 36 | ASCAP | 21678 Network Place | | Chicago | IL | | 60673-1216 | | 1,805.00 |
| 37 | Able Steam Installation | 48-50 Clearview Expressway | | Bayside | NY | | 11364 | | 159.86 |
| 38 | Burgess & Company | Certified Public Accountants Inc. | 100 Spear Street Suite 1105 | San Francisco | CA | | 94105 | | 2,975.00 |
| 39 | FedEx | PO Box 371461 | | Pittsburgh | PA | | 15250-7461 | | 934.76 |
| 40 | Cardservice | DUNS #008918823 | | Charlotte | NC | | 28290-5166 | | 78,260.51 |
| 41 | Omni Berkshire Place Hotel | 21 East 52nd Street | PO Box 905166 | New York | NY | | 10022 | 212-753-5800 | 4,921.20 |
| 42 | AC Martin Partners, Inc. | 444 South Flower Street Suite 1200 | | Los Angeles | CA | | 90071 | | 5,564.75 |
| 43 | Angela Gao | 263 11th Avenue | | New York | NY | | 10001 | | 151.99 |
| 44 | Ceridian | PO Box 10989 | | Newark | NJ | | 07193 | | 5,900.00 |
| 45 | Corporation Service Company | PO Box 13397 | | Philadelphia | PA | | 19101-3397 | | 1,575.00 |
| 46 | Crystal Springs | PO Box 660579 | | Dallas | TX | | 75266-0579 | | 201.54 |
| 47 | Chase | National Payment Services | PO Box 182223 Dept. OH1-1272 | Columbus | OH | | 43218 | | 133.22 |
| 48 | Cintas First Aid and Safety | c/o Cintas Corp. | P.O. Box 625737 | Cincinnati | OH | | 45262 | | 108.07 |
| 49 | First Comp | 935 Jefferson Blvd. | Suite 300 | Warwick | RI | | 02886 | | 309.25 |
| 50 | HS Telecommunications Inc. | 1208 RT 34 Suite 10 | | Aberdeen | NJ | | 07747-1940 | | 585.83 |
| 51 | Gannett Newspapers | PO Box 677599 | | Dallas | TX | | 75267-7599 | | 471.15 |
| 52 | Incorporating Services, Ltd. | 3500 South DuPont Hwy. | | Dover | DE | | 19901 | | 100.00 |
| 53 | New White Linen | 847 West 17 Street | | Hialeah | FL | | 33010 | | 191.49 |
| 54 | Need It Now Courier | 153 West 27th Street | | New York | NY | | 10001 | | 20.90 |
| 55 | Nations Roof | 70 St. Casimir Avenue | | Yonkers | NY | | 10701 | | 1,808.40 |
| 56 | Sussman Shank LLP | 1000 Southwest Broadway Suite 1400 | | Portland | OR | | 97205-3089 | | 458.80 |
| 57 | Unlimited Pest Elimination | PO Box 070213 | | Staten Island | NY | | 10307-1226 | | 119.76 |
| 58 | In-Flight Media Associates | 1646 North Coast Highway 101 | | Encinitas | CA | | 92024 | | 10,300.00 |
| 59 | TASS of New York, Inc. | 3038 Gunther Ave | | Bronx | NY | | 10469 | | 718.58 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 60 | People | PO Box 60300 | | Tampa | FL | | 33660-0300 | | 44.50 |
| 61 | Sports Illustrated | PO Box 60001 | | Tampa | FL | | 33660-0001 | | 29.95 |
| 62 | Conde Nast Traveler | Account Services Department | | Boone | IA | | 50037-0626 | | 15.00 |
| 63 | Marie Claire | PO Box 7404 | | Red Oak | IA | | 51591-0404 | | 10.00 |
| 64 | bon appetit | Processing Center | PO Box 37626 | Boone | IA | | 50037-0619 | | 18.00 |
| 65 | Golf Digest | Processing Center | PO Box 37619 | Boone | IA | | 50037-0653 | | 27.94 |
| 66 | Interior Design | PO Box 5662 | PO Box 37653 | Harlan | IA | | 51593-1162 | | 14.95 |
| 67 | Hospitality Safe & Lock Corporation | 10214 N.W. 47th Street | | Sunrise | FL | | 33351 | | 11.00 |
| 68 | PJM and Sons Inc. | 8 Linnea Place | | Ringwood | NJ | | 07456 | | 2,895.54 |
| 69 | Pico Cleaners | 9150 W. Pico Blvd. | | Los Angeles | CA | | 90035 | | 1,146.30 |
| 70 | Orkin Pest Control | 5113 Pacific Highway E STE 1W | | Fife | WA | | 98424-2639 | | 275.00 |
| 71 | Sue Devitt | 1040 Avenue of the Americas | Suite 9A | New York | NY | | 10018 | | 2,122.20 |
| 72 | New York | PO Box 420235 | | Palm Coast | FL | | 31412-0235 | | 19.97 |
| 73 | Versaille Services, LLC | 50 East Palisades Ave, Suite 111 | | Englewood | NJ | | 07631 | | 871.00 |
| 74 | Rogers & Cowan | CMGRP, Inc. | PO Box 7247-6593 | Philadelphia | PA | | 19170-6593 | | 24,433.06 |
| 75 | Peter Thomas Roth Labs LLC | 460 Park Avenue 16th floor | | New York | NY | | 10022 | | (86.00) |
| 76 | Palmer House Hilton | 17 East Monroe Street | | Chicago | IL | | 60603-5605 | | 25,400.03 |
| 77 | Thor Palmer House Hotel & Shops LLC | 25 W 39th St 11th Floor | | New York | NY | | 10018 | | 108,252.35 |
| 78 | Spa Connections | 1021 12th Street Ste. 101 | | Santa Monica | CA | | 90403 | | 260.00 |
| 79 | Mimbox | 50 California St, Ste. 1500 | | San Francisco | CA | | 94111 | | 72.48 |
| 80 | Sanitary Plumbing & Heating Corp. | 211 East 117 Street | | New York | NY | | 10035 | | 435.50 |
| 81 | Damone Roberts | 574 5th Avenue | | New York | NY | | 10036-4806 | | 5,958.74 |
| 82 | Suvara Tan | 413 Fort Salonga Road | 2nd Floor | Northport | NY | | 11768 | | 4,166.30 |
| 83 | Maymi, Rivera & Rotger, P.S.C. | PO Box 11897 | | San Juan | PR | | 00922 | | 2,231.25 |
| 84 | Secretary of Treasury of Puerto Rico | Corporation Registry Office | PO Box 9023271 | San Juan | PR | | 00902-3271 | | 100.00 |
| 85 | Plan Administrators, Inc. | P.O. Box 60 | | De Pere | WI | | 54115-0060 | | 100.00 |
| 86 | Imperial Credit Corporation | Box 9045 | | New York | NY | | 10087-9045 | | 1,693.30 |
| 87 | Telli Industries | 2571 E. Washburn Rd | | North Las Vegas | NV | | 89081 | | 5,000.29 |
| 88 | JM Cleaning Services Corp | 44 Sea Cliff Ave | | Glen Cove | NY | | 11542 | | 1,700.00 |
| 89 | Donnelly Mechanical Corp | 96-59 222nd Street | | Queens Village | NY | | 11429-1313 | | 1,653.54 |
| 90 | Takara Media, Inc. | 1501 Broadway Suite 1802 | | New York | NY | | 10036 | | 9,457.69 |
| 91 | Scrip Companies | 360 Veterans Pkwy Suite 115 | | Bolingbrook | IL | | 60440 | | 828.10 |
| 92 | GQ | PO Box 37672 | | Boone | IA | | 50037-0672 | | 9.97 |
| 93 | GuestofaGuest.com | 149 Bowery #5R | | New York | NY | | 10002 | | 325.00 |
| 94 | Litespeed Electric Inc. | 375 North Street, Suite V | | Teterboro | NJ | | 07608 | | 354.93 |
| 95 | Revolution In Cut | 300 Kennedy Dr | | Sayville | NJ | | 08872 | | 7,135.67 |
| 96 | travelIN | 8103 E US Hwy 36 W. #266 | | Avon | IN | | 46123 | | 1,995.00 |
| 97 | American Arbitration Association | 220 Davidson Avenue | | Somerset | NJ | | 08873-4159 | | 100.00 |
| 98 | Sonnier & Castle | 554 W. 48th Street | | New York | NY | | 10036 | | 1,918.92 |
| 99 | Indianapolis Star | PO Box 677553 | | Dallas | TX | | 75267-7553 | | 410.00 |
| 100 | Floralia Decorators | Waldorf-Astoria | 301 Park Avenue | New York | NY | | 10022 | | 97.98 |
| 101 | Cvent, Inc | P.O. Box 822699 | | Philadelphia | PA | | 19182-2699 | | 3,500.00 |
| 102 | Good Housekeeping | Hearst Magazines | PO Box 6000 | Harlan | IA | | 51593 | | 15.00 |
| 103 | TOTAL | | | | | | | | 965,024.94 |

In re ___Spa Chakra Acquisition Corp._____ ,     Case No._____
          **Debtor**                                                **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Attached List. | |
| | |
| | |
| | |
| | |
| | |

**SCHEDULE G**

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Circle Block Partners, LLC<br>C/O Kite Realty Group Trust<br>30 Meridian Street, Suite 1100<br>Indianapolis, IN 46204 | Spa Chakra in the Conrad Hotel, Indianapolis Indiana – lease and assignment |
| Hilton Hotels Corporation<br>Hilton Worldwide<br>7930 Jones Branch Drive<br>McLean, VA 22101 | Guerlain Spa, Waldorf Astoria, New York, New York – lease and assignment |
| Hilton Hotels Corporation<br>Hilton Worldwide<br>7930 Jones Branch Drive<br>McLean, VA 22101 | Guerlain Spa, Waldorf Astoria, New York, New York; Spa Chakra, Palmer House Hotel, Chicago, Illinois; Spa Chakra in the Conrad Hotel, Indianapolis Indiana – management agreement |
| Thor Palmer House Hotel & Shops, LLC<br>139 Fifth Avenue, Third Floor<br>New York, NY 10010<br><br>Hilton Hotels Corporation<br>7930 Jones Branch Drive<br>McLean, VA 22101 | Spa Chakra, Palmer House Hotel, Chicago, Illinois – spa lease and assignment |

1

NY:1301693.3

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Thor Palmer House Hotel & Shops, LLC<br>139 Fifth Avenue, Third Floor<br>New York, NY 10010<br><br>Hilton Hotels Corporation<br>7930 Jones Branch Drive<br>McLean, VA 22101 | Spa Chakra, Palmer House Hotel, Chicago, Illinois – fitness lease and assignment |
| Ritz Carlton Hotel Company, LLC<br>4445 Willard Avenue, Suite 800<br>Chevy Chase, MD 20815<br>Attn: Deputy General Counsel | Marina del Rey – Spa Service Management Agreement |
| Hilton Reservations Worldwide<br>2050 Chennault Drive<br>Attention: Finance<br>Carrollton, TX | Tampa Call Center Lease and Assignment |
| Sator Realty, Inc.<br>700 Castle Road<br>Seacaucus, NJ 07094<br><br>c/o Cozen O'Connor<br>45 Broadway<br>New York, NY 10006<br>Attention: Richard Berney | Spa Chakra on Fifth – lease and assignment |
| Hilton Hotels Corporation | Nourish by Spa Chakra, Hilton San Francisco – lease and assignment |

NY:1301693.3

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Hilton Worldwide<br>7930 Jones Branch Drive<br>McLean, VA 22101 | |
| Vieques Hotel Partners<br>c/o The Carroll Adams Group<br>605 E. Robinson Street-Suite 410<br>Orlando, FL 32801<br>Attn: Ted Carroll<br>     Nathaly Aldana | Spa Chakra, W Hotel, Vieques, Puerto Rico – letter agreement regarding spa management |
| Acqua di Parma<br>Via Ripamonti 99<br>Milan 20141<br>Italy<br>Attention: Gabriella Scarpa | Spa Master Agreement and assignment |
| Guerlain, S.A.<br>68 Avenue des Champs-Elysees<br>75008 Paris, France<br><br>Legal Department<br>125 Rue de President Wilson<br>92-593 Levallois-Perrett | Spa Master Agreement and assignment |
| Living Social<br>Hungry Machine, Inc., d/b/a Living Social<br>829 7th Street, NW, 3rd Floor<br>Washington, DC 20001 | Online sale – Chicago, Guerlain Spa - Waldorf Astoria, San Francisco |

3

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Ideeli, Inc.,<br>148 Lafayette Street, 10th Floor<br>New York, NY 10013 | Online Sale – Spa Chakra 5th Avenue, Indianapolis, Chicago, San Francisco |
| Groupon Inc.,<br>600 West Chicago Ave., Suite 620<br>Chicago, IL 60610 | Online Sale - Spa Chakra 5th Avenue, Indianapolis, Chicago, Marina del Rey, San Francisco |
| Half Off<br>33255 Bainbridge Rd.<br>Solon, OH 44139 | Online Sale – Chicago, San Francisco |
| AFCO<br>Department 0809<br>PO Box 120001<br>Dallas, TX 75312 | Insurance Agreement |
| Alliance Leasing, Inc.<br>120 Madison Street, 17th floor<br>Syracuse, NY 13202 | Equipment Lease |
| AppSite Hosting<br>Bank of America<br>14985 Collection Center<br>Chicago, IL 60693 | Vendor Agreement |
| Chakra Ventures I, LLC<br>111 West 57th Street<br>Suite 1400 | License Agreement |

NY:1301693.3

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| New York, New York 1019 | |
| Dynamic Air Conditioning 25-70 Ulmer Street, 2nd floor Flushing, NY 11534 | Vendor Agreement |
| Gilt Inc. 40 West 20th Street New York, NY 10011 | Vendor Agreement |
| Hilton Hotels Corporation c/o Hilton Worldwide 7930 Jones Branch Drive McLean, VA 22101 | Consulting Design and Operations Management Agreement, dated March 16, 2007 |
| IBM Corporation PO Box 64300 Pittsburgh, PA 15264 | IBM/Cognos Vendor Agreement |
| Ideeli.com 148 LaFayette Street, 10th floor New York, NY | Vendor Agreement |
| Ladkeland Bank Leasing Operations 250 Oak Ridge Road Oak Ridge, NJ 07438 | Equipment Lease |
| Liverpool Carting Co., Inc. | Vendor Agreement |

5

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 5 Bruckner Blvd.<br>Bronx, NY 10454 | |
| Next Jump Nation<br>261 Fifth Avenue, 8th floor<br>New York, NY 10016 | Vendor Agreement |
| Rue La La<br>20 Channel Center, 3rd floor<br>Boston, MA 02210 | Vendor Agreement |
| PCM Technologies<br>2804 Center Circle Drive<br>Downers Grove, IL 60515 | Vendor Agreement |
| Time Warner Cable of NYC<br>PO Box 9227<br>Uniondale, NY 11555 | Vendor Agreement |
| Time Warner Cable of NYC<br>5120 Broadway<br>New York, NY | Vendor Agreement |
| Top Hat Imagewear<br>49 North Franklin Street<br>Suite LL<br>Hempstead, NY 11550 | Vendor Agreement |

6

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Wonderful Signs & Creative 59 Chrystie Street, #305 New York, NY 10002 | Vendor Agreement |
| XO Communications Service 13865 Sunrise Valley Drive Herndon, VA 20171 | Vendor Agreement |
| Manhattan Linen 252 Green Street S. Hackensack, NJ 07606 | Services Agreement |
| Suvara 220 Fort Salonga Road Suite 301G Northport, NY 11768 | Services Agreement |
| Damone Roberts Beverly Hills, Inc. 9669 Wilshire, Blvd Beverly Hills, CA 90210 | Services Agreement |
| Philadelphia 231 St. Asaph's Rd., Suite 100 Bala Cynwyd, PA 19004-0950 | Commercial Package- PHPK543935 - 03/16/10-11 |
| Philadelphia 231 St. Asaph's Rd., Suite 100 Bala Cynwyd, PA 19004-0950 | Excess Liability - PHUB301615 - 03/16/10-11 |

NY:13016693.3

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
| --- | --- |
| Security National 5800 Lombardo Center Cleveland, OH 44131-2550 Crump Insurance Services 199 Water Street 28th floor New York, NY 10038 | Workers Compensation - SWC1001470 - 07/23/10-11 |
| Technology Insurance 5800 Lombardo Center Cleveland, OH 44131-2550 Crump Insurance Services 199 Water Street 28th floor New York, NY 10038 | Workers Compensation - TWC3250684 - 07/23/10-11 |
| RSUI Indemnity Company Broker: Crump Insurance Services 50 California Street, Suite 2000 San Francisco, CA 94111 | EPL Policy - NHP636604 – expires 3-29-11 |
| Southern Insurance Company PO Box 2329 Omaha, NE 68103 | Workers Compensation - FCD0006345-03 – 12/13/2010 |

NY:1301693.3

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL, REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| American International Company, Ltd.<br>29 Richmond Road<br>Pembroke, HM 152<br>Bermuda | Professional Liability – 11888534 – expires 10/20/2010 |
| Dominian Insurance<br>370 Park Street<br>Suite 8<br>Moraga, CA 94556 | |

9

In re   Spa Chakra Acquisition Corp.              ,            Case No. _____
                        **Debtor**                                                        **(if known)**

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Spa Chakra Acquisition Corp.__ ,           Case No. _____
        Debtor                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                        Debtor

Date _____      Signature: _____
                                                  (Joint Debtor, if any)

                                       [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,           Social Security No.
of Bankruptcy Petition Preparer                   (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____      _____
   Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Interim CEO_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ___8/24/10_____      Signature: _____

                                          Kevin Grossman, Interim Chief Executive Officer
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.